1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE L. THIELHORN
   HENRY Z. CARBAJAL III
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10
                                        )  CASE NO.: 1:12-cr-00035-AWI-DLB
11  UNITED STATES OF AMERICA,           )
                                        )
12              Plaintiff,              )
                                        )  **STIPULATION AND** ~~[PROPOSED]~~
13                                      )  **PROTECTIVE ORDER BETWEEN THE**
          v.                            )  **UNITED STATES AND DEFENDANT**
14                                      )  **BONNIE LYNN RECINOS**
                                        )
15  BONNIE LYNN RECINOS,                )
      aka Bonnie Farr,                  )
16                                      )
                Defendant.               )
17                                      )
                                        )
18  _____

19      WHEREAS, the discovery in this case is voluminous and contains a

20  large amount of personal and confidential information including but not

21  limited to Social Security numbers, dates of birth, bank account

22  numbers, telephone numbers, and residential addresses ("Protected

23  Information"); and

24      WHEREAS, the parties desire to avoid both the necessity of large

25  scale redactions and the unauthorized disclosure or dissemination of

26  this information to anyone not a party to the court proceedings in this

27  matter;

28      The parties agree that entry of a stipulated protective order is

appropriate.

THEREFORE, Defendant BONNIE LYNN RECINOS, by and through her counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Henry Z. Carbajal III, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the Defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising his Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED: March 5, 2012  BENJAMIN B. WAGNER
United States Attorney

By: /s/Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant U.S. Attorney

DATED: March 5, 2012  By: /s/Barbara Hope O'Neill
BARBARA HOPE O'NEILL
Attorney for Defendant
BONNIE LYNN RECINOS

**ORDER**

IT IS SO ORDERED.

Dated: March 6, 2012

CHIEF UNITED STATES DISTRICT JUDGE