| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | JEREMY S. KROGER, Bar #258956 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | OBDULIA JULIE LEON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:12-cr-00035 AWI-DLB-2 |
|---|---|
| Plaintiff, | ) STIPULATION TO MODIFY THE |
| | ) PROTECTIVE ORDER; |
| v. | ) ORDER |
| OBDULIA JULIE LEON, | ) |
| | ) Dept : Hon. Anthony W. Ishii |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record herein, that the existing Protective Order in this case as to Defendant, Obdulia Julie Leon, shall be modified so as to permit Ms. Leon to receive and independently view the following specified pages of discovery: Bates Numbers 544-560 and 5912-6552. The parties agree to this modification because these documents consist of Ms. Leon's statements, emails, and business records, many of which were produced by Ms. Leon herself, and because Ms. Leon's ongoing review of these documents is necessary for defense preparation.

///

///

///

///

///

The parties further agree that all other provisions of the Protective Order shall remain in place unchanged, including all prohibitions against disclosure of protected information or the use of such information other than for purposes of defense preparation.

BENJAMIN B. WAGNER
United States Attorney

DATED: May 11, 2012        /s/ Henry Z. Carbajal
                           HENRY Z. CARBAJAL, III
                           Assistant United States Attorney
                           Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: May 11, 2012        /s/ Jeremy S. Kroger
                           JEREMY S. KROGER
                           Assistant Federal Defender
                           Attorney for Defendant
                           Obdulia Julie Leon

**O R D E R**

**IT IS SO ORDERED**. The Protective Order as to Defendant, Obdulia Julie Leon, is modified so as to permit Ms. Leon to receive and independently view the following specified pages of discovery: Bates Numbers 544-560 and 5912-6552. All other provisions of the Protective Order shall remain in place, including all prohibitions against the disclosure of protected information or the use of such information other than for purposes of defense preparation.

IT IS SO ORDERED.

Dated:   May 11, 2012

CHIEF UNITED STATES DISTRICT JUDGE